IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:19-CR-253 (DNH) |
| | ) | |
| v. | ) **Information** | |
| | ) | |
| **MARK W. SWEENEY,** | ) Violation: | 18 U.S.C. § 115(a)(1)(B) |
| | ) | [Threatening federal |
| **Defendant.** | ) | employees] |
| | ) | |
| | ) 1 Count | |
| | ) | |
| | ) County of Offense: | Onondaga |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**[Threatening federal employees]**

On or about February 23, 2019, in Onondaga County in the Northern District of New York, the defendant, **MARK W. SWEENEY**, threatened to assault and murder federal employees with intent to impede, intimidate, or interfere with such employees while the employees were engaged in and on the account of the performance of their official duties and with intent to retaliate against such employees on account of the performance of their official duties, in that the defendant, **MARK W. SWEENEY**, for the purpose of issuing a threat and with knowledge that his statements would be viewed as a threat, made a telephone call to the Veterans Affairs Crisis Line and

repeatedly threatened to kill employees of the Syracuse Veterans Affairs Medical Center – Emergency Department, in violation of Title 18, United States Code, Section 115(a)(1)(B).

Dated: July 11, 2019

GRANT C. JAQUITH
United States Attorney

By: _____
Michael D. Gadarian
Assistant United States Attorney
Bar Roll No. 517198

2